[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 7, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-14190
Non-Argument Calendar

_____

D. C. Docket No. 06-00277

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DUSTIN NATHANIEL MILLER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(May 7, 2009)

Before BIRCH, HULL and HILL, Circuit Judges.

PER CURIAM:

Richard Earl Shields, appointed counsel for Dustin Miller in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Miller's conviction and sentence are **AFFIRMED**.